**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Nicholas W. McKinney, SBN 322792
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SOLANO, KRISHNA A. ABRAMS, and FARRAH ZAREA


Robert F. Kane, SBN 71407
**LAW OFFICES OF ROBERT F. KANE**
870 Market Street, Suite 1128
San Francisco, CA 94102
TEL: 415.982.1510
FAX: 415.982.5821

Attorneys for Plaintiff ALEXANDER FORTSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FORTSON, | CASE NO. 2:19-cv-01886-KJM-KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS** |
| v. | |
| COUNTY OF SOLANO, KRISHNA A. ABRAMS, individually and in her capacity as the District Attorney for Solano County, FARRAH ZAREA, individually and in her capacity as a Deputy District Attorney for Solano County, | Complaint Filed: 09/18/2019 |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES through their attorneys of record as follows:

WHEREAS on August 18, 2019 Plaintiff filed a complaint in this action;

WHEREAS on October 9, 2019 the parties through their counsel agreed to extend the time to respond by 25 days making a responsive pleading due on November 8, 2019;

{02102016.DOCX}　　　　　　　　　　　　　　1

STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR THIRTY DAYS

WHEREAS the parties wish to defer the time and expenses associated with litigation while settlement efforts occur;

WHEREAS the parties through their counsel are engaged in sincere and earnest settlement negotiations and seek to avoid unnecessary discovery and motions practice, and pursue resolution of this matter, which have included an initial telephone meet and confer as well as discussions with the parties in preparation for settlement offers, counsel will then present settlement offer and negotiate following the presentation of a demand which is forthcoming;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. Upon the Court's approval of this stipulation, all dates and deadlines set for a responsive pleading to close and dispositive motions to be filed are vacated.

2. That this matter be stayed for **thirty (30)** days from the date of this order to allow the parties to pursue settlement negotiations and efforts.

3. At the end of **thirty (30)** days the parties will report the status of the case to the Court, and either file a notice of settlement and/or dismissal of the case or submit a responsive pleading.

IT IS SO STIPULATED.

DATE: October 31, 2019        LAW OFFICE OF ROBERT F. KANE

/s/Robert F. Kane (authorized 10/31/2019)
ROBERT F. KANE
Attorneys for Plaintiff ALEXANDER FORTSON

DATE: October 31, 20199       PORTER SCOTT, APC

/s/Nicholas W. McKinney
CARL L. FESSENDEN
NICHOLAS W. MCKINNEY
Attorneys for Defendants COUNTY OF SOLANO,
KRISHNA A. ABRAMS, and FARRAH ZAREA

# **ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Upon the Court's approval of this stipulation, all dates and deadlines set for responsive pleading to close and dispositive motions to be filed are vacated.

2. That this matter be stayed for thirty (30) days from the date of this order to allow the parties to pursue settlement negotiations and efforts.

3. At the end of thirty (30) days the parties will report the status of the case to the Court, and either file a notice of settlement and/or dismissal of the case or submit a responsive pleading.

**IT IS SO ORDERED.**

Dated: November 13, 2019.

_____
UNITED STATES DISTRICT JUDGE